■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK JOSEPH GRYGIER, Appellant.— Motion by appellant to withdraw his appeal, taken August 30, 1962, from an order of the County Court, Dutchess County,

844

made August 22, 1962 and entered September 10, 1962, which denied his *coram nobis* application to vacate a judgment of said court rendered February 19, 1960. Motion granted on consent; appeal withdrawn. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.